GEORGINA BERLIN, Respondent, v. MILTON BERLIN, Appellant.—

764

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur. [64 Misc 2d 352.]